UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| IN THE MATTER OF:<br>Fountain Powerboats Industries, Inc., et al<br><br>Debtor | Case No.   09-7132-8<br>Consolidated for Administration<br>Chapter 11 |
|---|---|

**Request for Authority to Pay Over Unclaimed Funds to Clerk**

NOW COMES Fountain Powerboat Industries, Inc., Fountain Powerboats, Inc., Fountain Dealers' Factory Superstore, Inc., and Baja by Fountain, Inc. (collectively the "Debtors), and submits the following request relating to unclaimed dividends due certain Class 8 creditors.

1. The Court entered an Order Confirming the First Amended Joint Plan of Reorganization on February 11, 2010, which directed the Counsel for Debtors as the Disbursing Agent to distribute the sum of $500,000 in payment of claims held by Class 7 and 8 creditors.

2. Counsel made a first and final distribution to Class 7 and 8 creditors on June 28, 2010, as evidenced by the Report of Distribution to Creditors filed with the Court.

3. The remaining balance of $633.11 represents unclaimed dividends payable to creditors for whom Counsel has been unable to determine current addresses. See attached Exhibit A for listing thereof.

WHEREFORE, the Debtors seek authority to pay such amounts to the Clerk, as is expressly provided in the Plan.

Unclaimed Funds . docx

RESPECTFULLY submitted this the ___ day of December, 2010.

          NORTHEN BLUE, LLP

          s/ John A. Northen
          John A. Northen, NCSB #6789
          Attorney for the Debtor
          Post Office Box 2208
          Chapel Hill, NC 27515-2208
          Telephone: 919/968-4441
          Telefax:   919/942-6603

Unclaimed Funds Report.xls

| Class | Creditor | Address1 | Address2 | City | State | Zip | Check Amount |
|---|---|---|---|---|---|---|---|
| 8 | BALLANTYNE PUBLISHING | PO BOX 29585 | | GREENSBORO | NC | 27429 | 157.88 |
| 8 | CONBRACO INDUSTRIES, INC. | P.O. BOX 60034 | | CHARLOTTE | NC | 28260 | 26.00 |
| 8 | DANIEL R. SMITH | 1338 SOUTH KILLIAN DRIVE | SUITE 11 | LAKE PARK | FL | 33403 | 35.21 |
| 8 | R & R TEXTILES | PO BOX 11407 | DRAWER 675 | BIRMINGHAM | AL | 35246 | 201.51 |
| 8 | ROBERT ARCATE | 15 HOWARD CIRCLE | | STANTON ISLAND | NY | 10301 | 52.63 |
| 8 | ROBERT BERG | Address unknown | | | | | 159.88 |
| | | | | | TOTAL | | 633.11 |

Page 1 of 1

EXHIBIT
A

| CERTIFICATE OF SERVICE |
|---|

I hereby certify that I have this day served a copy of the foregoing by automatic electronic service on:

| | |
|---|---|
| Marjorie K. Lynch<br>Bankruptcy Administrator Office<br>434 Fayetteville St. Mall<br>Suite 620<br>Raleigh, NC  27601 | Ballantyne Publishing<br>Attn:  Managing Agent<br>P O Box 29585<br>Greensboro, NC  27429 |
| Conbraco Industries, Inc.<br>Attn:  Managing Agent<br>P O Box 60034<br>Charlotte, NC  28260 | Daniel R. Smith<br>1338 South Killian Drive<br>Suite 11<br>Lake Park, FL  33403 |
| R & R Textiles<br>Attn:  Managing Agent<br>P O Box 11407<br>Drawer 675<br>Birmingham, AL  35246 | Robert Arcate<br>15 Howard Circle<br>Stanton Island, NY 10301 |

This the 9th day of December, 2010.

/s/ John A. Northen

**Counsel for the Debtor:**
John A. Northen, NCSB #6789
Vicki L. Parrott, NCBS #25449
Northen Blue, LLP
Post Office Box 2208
Chapel Hill, NC 27515-2208
Telephone:  919-968-4441

Unclaimed Funds . docx